**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS** SUPPRESSED

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. *14-30199-NJR* |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DOMINIQUE A. BURWELL, ) | Title 21, United States Code, |
| a.k.a. "Rich," ) | Sections 841(a)(1), (b)(1)(B), |
| a.k.a. "D," ) | (b)(1)(C), and 846 |
| DARNELL R. BAKER, ) | |
| a.k.a. "Forty," and ) | Title 18, United States Code, |
| MARQUISE E. ROSS, ) | Section 2 |
| a.k.a. "Dreds," ) | |
| ) | **FILED** |
| Defendants. ) | |

DEC 02 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

## INDICTMENT

THE GRAND JURY CHARGES:

## COUNT 1

### Conspiracy to Distribute Heroin

From in or about September 2012 to in or about October 2014, in Marion County, within the Southern District of Illinois, and elsewhere,

**DOMINIQUE A. BURWELL, a.k.a. "Rich," a.k.a. "D,"**
**DARNELL R. BAKER, a.k.a. "Forty," and**
**MARQUISE E. ROSS, a.k.a. "Dreds,"**

defendants herein, did knowingly combine, conspire and agree with each other and with other persons known and unknown to the Grand Jury, to distribute 100 grams or more of a mixture and substance containing heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B); all in violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

1

## COUNT 2

### Distribution of Heroin

On or about June 19, 2014, in Marion County, within the Southern District of Illinois,

### DARNELL R. BAKER, a.k.a. "Forty,"

defendant herein, did knowingly distribute a mixture and substance containing heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

### Distribution of Heroin

On or about June 27, 2014, in Marion County, within the Southern District of Illinois,

### DARNELL R. BAKER, a.k.a. "Forty,"

defendant herein, did knowingly distribute a mixture and substance containing heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 4

### Distribution of Heroin

On or about July 1, 2014, in Marion County, within the Southern District of Illinois,

### DARNELL R. BAKER, a.k.a. "Forty,"

defendant herein, did knowingly distribute a mixture and substance containing heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 5

### Distribution of Heroin

On or about July 11, 2014, in Marion County, within the Southern District of Illinois,

### MARQUISE E. ROSS, a.k.a. "Dreds,"

defendants herein, did knowingly distribute a mixture and substance containing heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 6

### Distribution of Heroin

On or about July 17, 2014, in Marion County, within the Southern District of Illinois,

### DARNELL R. BAKER, a.k.a. "Forty,"

defendant herein, did knowingly distribute a mixture and substance containing heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 7

### Distribution of Heroin

On or about July 29, 2014, in Marion County, within the Southern District of Illinois,

### MARQUISE E. ROSS, a.k.a. "Dreds," and
### DOMINIQUE A. BURWELL, a.k.a. "Rich," a.k.a. "D,"

defendants herein, did knowingly distribute a mixture and substance containing heroin, a

Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

**A TRUE BILL**

_____
**STEPHEN R. WIGGINTON**
**United States Attorney**


_____
**KIT R. MORRISSEY**
**Assistant United States Attorney**


**Recommended Bond: Detention for all defendants.**